*E-FILED - 9/22/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKLEZGI GEBREZGIABHER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MIKE C. KREMER,<br><br>　　　　Respondent.<br>_____ / | No. C 06-7864 RMW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE CERTIFICATE OF APPEALABILITY<br><br>(Docket No. 59) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The court denied the petition and entered judgment on August 24, 2009. On September 2, 2009, petitioner filed a motion for extension of time to file an objection to this court's denial, which the court construes as a motion for extension of time to file a certificate of appealability.

Good cause appearing, the court GRANTS petitioner an extension of time in which to file his certificate of appealability. The time in which petitioner may file his certificate of appealability will be extended up to and including **October 24, 2009** which is **sixty (60) days** from the date the judgment was entered.

This order terminates docket no. 59.

IT IS SO ORDERED.

DATED: 9/21/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time for Petitioner to File Certificate of Appealability
P:\PRO-SE\SJ.Rmw\HC.06\Gebrezgiabher864.EOT-COA.wpd